# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

In re:  Bk. No. 16–11510–BAH
         Chapter 13
Blaine R. Holm
     Debtor

## DEFICIENCY NOTICE

To the debtor and debtor's attorney, if any:

In order for this case to be administered, it is necessary that the item(s) listed below be filed by the due date listed.

Stmt. of Fin. Affairs 11/10/2016
Schedule A/B 11/10/2016
Schedule C 11/10/2016
Schedule G 11/10/2016
Schedule H 11/10/2016
Schedule I 11/10/2016
Schedule J 11/10/2016
Ch13 Income Form 122C–1 11/10/2016
Means Test Calculation 122C 11/10/2016
Summary of Schedules 11/10/2016
Declaration re DB Sched 11/10/2016
Chapter 13 Plan 11/10/2016
Incomplete Filings Due 11/10/2016

If the debtor fails to file all documents required to be filed under 11 U.S.C. § 521(a)(1), as applicable, i.e., the list of creditors, Schedules A through J, the Statement of Financial Affairs, the Notice to Individual Consumer Debtor under § 342(b), and Form B122, **this case will be automatically dismissed pursuant to 11 U.S.C. § 521(i)(1) effective December 12, 2016**.

If the debtor fails to file any of the other documents listed that are required by Administrative Order 1007–1, a Clerk's Notice of Dismissal (Contingent) shall be issued.

Date: October 28, 2016                              Bonnie L. McAlary, Clerk
                                                    By: /s/ Mary Jane Coutu
                                                    Deputy Clerk

Form defntcind–805