United States Bankruptcy Court
District of New Hampshire

In re:                                                              Case No. 16-11510-BAH
Blaine R. Holm                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0102-1          User: mjc            Page 1 of 1            Date Rcvd: Oct 28, 2016
                              Form ID: 805         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2016.
db             +Blaine R. Holm,    13 Parsons Dr,    Goffstown, NH 03045-3209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                    Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2016 at the address(es) listed below:
              Lawrence P. Sumski    SumskiCh13@gmail.com
              Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
              Paul A. Petrillo    on behalf of Debtor Blaine R. Holm ppetrillo@dpfmlaw.com,
               petrilloecf@gmail.com;bdf03f2457b546cbaab6a4c69f3c2416@lawmail.cosmolex.com
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In re:                                                                                   Bk. No. 16−11510−BAH
                                                                                         Chapter 13
Blaine R. Holm
    Debtor

## DEFICIENCY NOTICE

To the debtor and debtor's attorney, if any:

In order for this case to be administered, it is necessary that the item(s) listed below be filed by the due date listed.

Stmt. of Fin. Affairs 11/10/2016
Schedule A/B 11/10/2016
Schedule C 11/10/2016
Schedule G 11/10/2016
Schedule H 11/10/2016
Schedule I 11/10/2016
Schedule J 11/10/2016
Ch13 Income Form 122C−1 11/10/2016
Means Test Calculation 122C 11/10/2016
Summary of Schedules 11/10/2016
Declaration re DB Sched 11/10/2016
Chapter 13 Plan 11/10/2016
Incomplete Filings Due 11/10/2016

If the debtor fails to file all documents required to be filed under 11 U.S.C. § 521(a)(1), as applicable, i.e., the list of creditors, Schedules A through J, the Statement of Financial Affairs, the Notice to Individual Consumer Debtor under § 342(b), and Form B122, **this case will be automatically dismissed pursuant to 11 U.S.C. § 521(i)(1) effective December 12, 2016**.

If the debtor fails to file any of the other documents listed that are required by Administrative Order 1007−1, a Clerk's Notice of Dismissal (Contingent) shall be issued.

Date: October 28, 2016                                              Bonnie L. McAlary, Clerk
                                                                    By: /s/ Mary Jane Coutu
                                                                    Deputy Clerk

Form defntcind−805