# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

---

In re:

Blaine R. Holm
    Debtor

Bk. No. 16–11510–BAH
Chapter 13

---

## NOTICE OF DISMISSAL
## (CONTINGENT)

On October 27, 2016, a Chapter 13 Voluntary Petition was filed in this case (Doc. No. 1). As required by Administrative Order 5005–4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005–4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **November 28, 2016**.

Date: November 7, 2016

Bonnie L. McAlary, Clerk
By: /s/ G. Llewellyn
Deputy Clerk

Form ntcdisdec–316