United States Bankruptcy Court
District of New Hampshire

In re:                                                    Case No. 16-11510-BAH
Blaine R. Holm                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1        User: gl            Page 1 of 1           Date Rcvd: Nov 07, 2016
                           Form ID: 316        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
db             +Blaine R. Holm,    13 Parsons Dr,    Goffstown, NH 03045-3209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
          Lawrence P. Sumski     SumskiCh13@gmail.com
          Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
          Paul A. Petrillo    on behalf of Debtor Blaine R. Holm ppetrillo@dpfmlaw.com,
          petrilloecf@gmail.com;bdf03f2457b546cbaab6a4c69f3c2416@lawmail.cosmolex.com
                                                                          TOTAL: 3

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

---

In re:

Blaine R. Holm
    Debtor

Bk. No. 16–11510–BAH
Chapter 13

---

### NOTICE OF DISMISSAL
### (CONTINGENT)

On October 27, 2016, a Chapter 13 Voluntary Petition was filed in this case (Doc. No. 1). As required by Administrative Order 5005–4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005–4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **November 28, 2016**.

Date: November 7, 2016

Bonnie L. McAlary, Clerk
By: /s/ G. Llewellyn
Deputy Clerk

Form ntcdisdec–316